IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|                                          |   |                    |
|------------------------------------------|---|--------------------|
| ANTOINE B. GAGE,                         | * |                    |
|                                          | * |                    |
| Plaintiff,                               | * |                    |
| vs.                                      | * | No. 4:14-cv-00329-SWW |
|                                          | * |                    |
|                                          | * |                    |
| 436 HOP, LTD (sued as "IHOP"),           | * |                    |
|                                          | * |                    |
| Defendant.                               | * |                    |

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this action is dismissed without prejudice.

IT IS SO ORDERED this 29th day of July 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE